1010

[No. 27252-7-I. Division One. June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY
HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-01728-8, William L. Downing, J., entered
November 9, 1990. *Dismissed* by unpublished per curiam
opinion.

[No. 26563-6-I. Division One. June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDA
REILLY, *Appellant*.

Appeal from a judgment of the Superior Court for
Island County, No. 89-1-00055-6, Alan R. Hancock, J.,
entered June 29, 1990. *Dismissed* by unpublished per
curiam opinion.

[No. 22281-3-I. Division One. June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
RANDALL PIERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 87-1-03620-7, Carmen Otero, J., entered May
13, 1988. *Reversed* by unpublished opinion per Grosse,
C.J., concurred in by Scholfield and Baker, JJ.

[No. 26770-1-I. Division One. June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY
LEE BEE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-1-01949-0, James J. Dore, J., entered August
18, 1989. *Affirmed* by unpublished per curiam opinion.